UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23657-JLK

MOHAMED KAMARA,

    Plaintiff,

v.

CAINE & WEINER COMPANY INC,

    Defendant.

_____/

## NOTICE OF RELATED ACTION

Plaintiff Mohamed Kamara certifies that the above-captioned action **IS** similar or related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency, *in that*, this case was removed to this Court by Defendant Caine & Weiner Company Inc, from Miami-Dade County Court, Case No. 21-025407-CC-05.

Dated: December 2, 2021

                                                              Respectfully Submitted,

                                                              /s/ Thomas J. Patti
                                                             **THOMAS J. PATTI, ESQ.**
                                                             Florida Bar No. 118377
                                                             E-mail:    tom@jibraellaw.com
                                                             THE LAW OFFICES OF JIBRAEL S. HINDI
                                                             110 SE 6th Street, Suite 1700
                                                             Fort Lauderdale, Florida 33301
                                                             Phone: 561-542-8550

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 2, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com